# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00794-CV

**The Debt Registry, Inc., Appellant**

**v.**

**Dennis C. Moroney, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT**
**NO. GN201777, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant The Debt Registry, Inc. has filed a motion to dismiss its appeal, informing this Court that the parties have compromised and settled all matters between them and appellant no longer desires to pursue its appeal. We grant appellant=s motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed: July 11, 2003

Dismissed on Appellant=s Motion